AO240A (Rev. 01/09)(06/19 WD/VA) Order to Proceed Without Prepaying Fees or Costs

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

6/17/2022
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
    DEPUTY CLERK

| | | |
|---|---|---|
| Evelyn Spencer | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 6:22cv00035 |
| | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS

Plaintiff, ☐ appearing pro se ☒ represented by counsel, has filed an application under 28 U.S.C. §1915(a) to proceed without prepaying fees or costs.  Accordingly,

**IT IS ORDERED** that plaintiff's application is:

☒ Granted:

    ☒ The Clerk is ordered to file the complaint and issue a summons.
    Counsel for plaintiff is directed to effect service of process upon defendant(s).

    ☐ The Clerk is ordered to file the complaint.  The plaintiff is directed to complete and return to the court, a summons and USM-285 form for each named defendant.  Upon receipt of the completed summons and USM-285 forms for each named defendant, the clerk will issue a summons.  If the completed summons and USM-285 forms are not submitted as directed within fourteen (14) days, the complaint may be dismissed.  The United States Marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s).  The United States will advance the costs of service.

☐ Denied:

This application is denied for these reasons:

**If the filing fee is not paid within 14 days, the case will be dismissed.**

Date:  June 17, 2022

_____
Judge's Printed Name and Title